IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FRANKLIN DEAN UNDERWOOD, II, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:12cv00628 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SOUTHWEST VIRGINIA REGIONAL JAIL | ) | By: Norman K. Moon |
| AUTHORITY- ABINGDON FACILITY, | ) | United States District Judge |
|     Defendant. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Underwood's 42 U.S.C. § 1983 complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and this action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to the parties.

ENTER: This 7th day of February, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE